

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>RANDALL J. ROGERS,<br>    Debtor | Ch. 13<br><br>19-11154-JNF |

### Order of Dismissal

**MATTER:**

#5; Order to Update Re:[1] Chapter 13 Voluntary Petition. Atty Disclosure Statement, Chapter 13 Plan, Schedules A/B-J, Statement of Financial Affairs, Summary of Assets and Liabilities, 13 Agreement, Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1, and Evidence of Current and Sufficient Liability and Property Insurance Due 4/22/2019.

Due to the failure of the Debtor to comply with the Court's Order of 04/08/2019 and the Debtor having failed to file timely the Atty Disclosure Statement, Chapter 13 Plan, Schedules A/B-J, Statement of Financial Affairs, Summary of Assets and Liabilities, 13 Agreement, Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1, and Evidence of Current and Sufficient Liability and Property Insurance it is hereby ordered that the above-entitled case be and hereby is dismissed.

By the Court,

*Joan N. Feeney*

Joan N. Feeney
United States Bankruptcy Judge

Dated: 5/13/2019