**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  Randall J. Rogers<br>        Debtor, | Chapter: 13<br>Case No: 19–11154<br>Judge Frank J. Bailey |

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above **Debtor** was entered on 5/13/19 .

Date:5/28/19                                    By the Court,

                                                Susan E. Keating
                                                Deputy Clerk
                                                617–748–5300

20